**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHARYN L. POHLMAN,<br><br>                    Plaintiff,<br><br>     v.<br><br>OFFICER JOSEPH TORRES, et al.,<br><br>                    Defendants. | Case No. CV 13-7628 JLS (SS)<br><br>**ORDER ACCEPTING FINDINGS,**<br>**CONCLUSIONS AND**<br>**RECOMMENDATIONS OF UNITED**<br>**STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint in the above-captioned matter, all the records and files herein, and the Second Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Second Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\
\\
\\
\\

Accordingly, IT IS ORDERED THAT:

1. Defendants' Motion to Dismiss the Second Amended Complaint is GRANTED.

2. Plaintiff's federal civil rights claims under 42 U.S.C. § 1983 are DISMISSED WITH PREJUDICE for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6).

3. Plaintiff's state law tort claims are DISMISSED WITHOUT PREJUDICE, but without leave to amend.

4. Defendants' Motion to Strike is DENIED.

5. Plaintiff's Motion to Strike is DENIED.

The Clerk shall serve copies of this Order by United States mail on Plaintiff and on counsel for Defendants.

DATED: May 22, 2015

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE