1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   SHARYN L. POHLMAN,                    Case No. CV 13-7628 JLS (SS)

12              Plaintiff,

13        v.                               **JUDGMENT**

14   OFFICER JOSEPH TORRES, et al.,

15              Defendants.

16

17        Pursuant to the Court's Order Accepting Findings,

18   Conclusions and Recommendations of United States Magistrate

19   Judge,

20

21        IT IS HEREBY ADJUDGED that the above-captioned action is

22   dismissed as follows:

23

24        1.   Plaintiff's federal civil rights claims under 42 U.S.C.

25   § 1983 are DISMISSED WITH PREJUDICE for failure to state a claim

26   pursuant to Federal Rule of Civil Procedure 12(b)(6).

27   \\

28   \\

1        2.    Plaintiff's state law tort claims are DISMISSED WITHOUT

2   PREJUDICE, but without leave to amend.

3

4   DATED: May 22, 2015

5

6                                    _____
                                     JOSEPHINE L. STATON
7                                    UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28